Geoffrey Richards, Trustee
Bankruptcy Trustee
Chapter 7 Bankruptcy Trustee
PO Box 579
Orinda, CA 94563
(916) 288-8365

FILED FEB 25 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

LPAS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 13-29030-D-7 |
|---|---|
| WILLIAM CHENG<br>JANET CHENG<br>Debtor(s) | Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number 3011 in the amount of $412,993.76, representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| N/A Surplus Funds to Debtor | William Cheng<br>Janet Cheng<br>118 Montrose Court<br>Folsom, CA 95630 | 412,993.76 | 412,993.76 |
| | Total Unclaimed Dividends: | | 412,993.76 |

Dated: February 4, 2015

_____
GEOFFREY RICHARDS, Bankruptcy Trustee