**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>WILLIAM CHENG and JANET CHENG,<br><br>　　　　　　Debtors. | Case No. 13-29030-D-7 |

### ORDER ON MEMORANDUM DECISION

The court having issued a Memorandum Decision on the following matters:

(1) Chengs['] Motion to Vacate Judge Bardwil 12-5-2014 Orders, filed December 8, 2014, DN 740 (the "Motion");

(2) Chengs['] Supplemental Motion to Submit the Evidences of Undisputed Facts for Jury Trial Local Rule 7038-1, filed February 6, 2015, DN 765 (the "Supplemental Motion"); and

(3) Notice to Judge Klein Dept C and BNC to Calendar the 2-24-2015 Hearing to Vacate Order, Etc., filed February 19, 2015, DN 780 (the "Notice"), and good cause appearing,

IT IS ORDERED that:

1. The Motion is denied;

2. The Supplemental Motion is denied;

3. The request in the Notice that a hearing be set is denied.

Date: February 27, 2015

　　　　　　　　　　　　　　　　　_/s/ Robert Bardwil_
　　　　　　　　　　　　　　　　　ROBERT S. BARDWIL
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge