WILLIAM CHENG & JANET CHENG
~~623 16th Street~~ /18 Montrose Ct
~~Sacramento, CA 95814~~ Folsom CA 95630
~~(916)444-0640~~ 9169832803
CASE #13-29030-D-7

FILED
APR - 6 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHENG & JANET CHENG<br><br>Debtors. | CASE #13-29030-D-7<br><br>WILLIAM CHENG AND JANET CHENG <u>NOTICE</u> <u>OF MOTION</u> AND MOTION TO OPPOSE TRUSTEE RICHARDS WRONGFULLY DISCHARGE HIMSELF FROM HIS CRIMINAL ACTS<br><br>Chengs strongly oppose trustee RICHARDS FRAUDULENT FINAL REPORT.<br><br>HEARING DAY: May ~~28~~ 27 2015<br>TIME: ~~2:0~~ 10 AM. ROOM ~~2~~ Dept D<br>JUDGE: ~~M. ENGLAND~~ Bardwil |

TO U.S. TRUSTEE AND ALL PARTIES TO THIS ACTIONS

NOTICE IS HEREBY GIVEN THAT THE HEARING OF THIS MOTION IS ON May 27th 2015 Time: 10 AM Dept D Judge Bardwil

PLEASE VERIFY WITH THE COURT, THE HEARING DAY, TIME, DEPT, THE JUDGE etc
CHENGS MOTION TO OPPOSE TRUSTEE RICHARDS FRAUDULENY FINAL REPORT

Chengs oppose trustee Richards wrongfully discharge himse;f from his criminal acts

Chengs motion is based on this court records, state and appeal court records. Testimony of Janet Cheng evidence must be submitted to Chengs such as Checks issued by title CO, by trustee Richards, by trustee attorney Suntag. Checks cashed by all parties of this case. Cash withdrew by truste Richards and SUNTAG THEIR BANK ACCOUNTS INCLUDING THEIR PERSONAL ACCOUNTS. ALL THEIR.E MAILS AND TELEPHONE TO THE FRAUDULENT CREDITORS ETC.

APRIL 2 2015

WILLIAM CHENG

JANET CHENG

Notice of motion to U.S. Trustee etc.

Page 1 of 1